IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

BECKLEY DIVISION

ETHELBERT CLARENCE DEFOLI
BROADNAX,

                Plaintiff,

v.                                                 CIVIL ACTION NO.  5:15-cv-03736

EMMITT PUGH, et al.,

                Defendants.

**MEMORANDUM OPINION AND ORDER**

On March 26, 2015, an *Application to Proceed Without Prepayment of Fees and Costs* (Document 1) and a Complaint (Document 2) were filed by the Plaintiff in this matter. By *Standing Order* (Document 3) entered on that date, the matter was referred to the Honorable R. Clarke VanDervort, United States Magistrate Judge, for submission to this Court of proposed findings of fact and recommendation for disposition, pursuant to 28 U.S.C. § 636. Subsequently, by *Order* (Document 5) entered on January 6, 2016, the case was referred to the Honorable Omar J. Aboulhosn, United States Magistrate Judge, for submission of proposed findings of fact and recommendation for disposition.

On October 24, 2017, Magistrate Aboulhosn submitted a *Proposed Findings and Recommendation* (Document 6) wherein it is recommended that the Plaintiff's *Application to Proceed Without Prepayment of Fees and Costs* be denied, the Plaintiff's Complaint be dismissed,

and this matter be removed from the Court's docket.  Objections to the Magistrate Judge's *Proposed Findings and Recommendation* were due by November 13, 2017.

Neither party has timely filed objections to the Magistrate Judge's *Proposed Findings and Recommendation*.   The Court is not required to review, under a *de novo* or any other standard, the factual or legal conclusions of the magistrate judge as to those portions of the findings or recommendation to which no objections are addressed.   *Thomas v. Arn*, 474 U.S. 140, 150 (1985). Failure to file timely objections constitutes a waiver of *de novo* review and a party's right to appeal this Court's Order.   28 U.S.C. § 636(b)(1); *see also Snyder v. Ridenour*, 889 F.2d 1363, 1366 (4th Cir. 1989); *United States v. Schronce*, 727 F.2d 91, 94 (4th Cir. 1984).

Accordingly, the Court **ADOPTS** and incorporates herein the findings and recommendation of the Magistrate Judge as contained in the *Proposed Findings and Recommendation*, and **ORDERS** that the Plaintiff's *Application to Proceed Without Prepayment of Fees and Costs* (Document 1) be **DENIED**, the Plaintiff's Complaint (Document 2) be **DISMISSED**, and this matter be **REMOVED** from the Court's docket.

The Court **DIRECTS** the Clerk to send a certified copy of this Order to Magistrate Judge Aboulhosn, counsel of record, and any unrepresented party.

ENTER:    November 20, 2017

IRENE C. BERGER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF WEST VIRGINIA